# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Mon-Dak Water & Septic Service, | ) | |
| LLC, | ) | Case No. 4:13-cr-002 |

_____

On January 4, 2013, the Government filed an Information charging Mon-Dak Water & Septic Service, LL ("Mon-Dak") with illegally disposing domestic sewage in violation of 33 U.S.C. §§ 1319(c)(2)(A) and 1345(e). It also filed a supporting affidavit from Daniel O'Malley, Special Agent for the United States Environmental Protection Agency.

Special Agent O'Malley's affidavit establishes probable cause to believe that Mon-Dak may have committed the offense charged in the Information. Accordingly, court therefore authorizes the Clerk's office to issue a summons for Mon-Dak. See Fed. R. Civ. P. 9(a).

**IT IS SO ORDERED.**

Dated this 7th day of January, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge